**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00572-CV

## IN RE GREYHOUND LINES, INC. AND DWAYNE GARRETT, Relators

**Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-05789-C**

## ORDER
Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **LIFT** the stay we imposed by order dated May 6, 2015 of the trial court's April 27, 2015

order compelling relator Dwayne Garrett to submit to Type I nocturnal polysomnography before

Virgil D. Wooten, M.D. We **ORDER** relator to bear the costs of this original proceeding.


/s/     DOUGLAS S. LANG
        JUSTICE